**RECEIVED**

JAN 2 2 ...

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court
# District of Minnesota

United States Courthouse, Suite 202
300 South Fourth Street
Minneapolis, MN 55415

*Richard D. Sletten, Clerk*
*(651) 664-5000*

*Direct Reply To:*
*Sheri Carlson*
*Financial Billing Technician*
*(612) 664-5016*

March 17, 2003

**RE:**  **Case Name:**  USA vs Troy Lamar Kipper   RHKl SRN
**BOP Register No:**  10130-041
**Case Number:**  0:01-CR-00266

## NOTICE OF SPECIAL ASSESSMENT PAID IN FULL

| **DEBT** | **AMOUNT PAID** | **DATE** |
|---|---|---|
| Special Assessment | $100.00 | 3/14/03 |

Comments:  The balance of the February payment was applied to the special assessment for Case number 0:01-CR-00266.

Sincerely,

RICHARD D. SLETTEN, CLERK
UNITED STATES DISTRICT COURT

*Sheri Carlson*

cc: FRP Coordinator

By: Sheri Carlson
Financial Billing Technician

SCANNED
JAN 2 2 2007
U.S. DISTRICT COURT MPLS